CHARLES CARREON (CSB # 127139)
ONLINE MEDIA LAW, PLLC
1131 Barrington Circle
Ashland, Oregon 97520
Tel: 541/482-2321
Fax: 541/482-4683

Attorneys for Plaintiffs
Global Innovations, Inc. and Ramsey Lamerson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL INNOVATIONS, INC, a Maryland corporation, and RAMSEY LAMERSON, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>ALS Scan, Inc., a Maryland corporation, WAYNE KIRN, an individual, APIC WORLD-WIDE, INC., a Florida corporation, and STEVE EASTON, an individual,<br><br>　　　　　　　Defendants. | Case No.: C03-1277 JSW<br><br>STIPULATION RE-NOTICING HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND STAYING PROCEEDINGS IN SEPARATE ACTION; ORDER THEREON<br><br>DATE: August 1, 2003<br>TIME: 9:00 a.m.<br>COURTROOM: 2, 17th Floor |

STIPULATION

Whereas, the parties herein have all appeared and are represented by counsel, and plaintiff has filed a Motion for Preliminary Injunction to enjoin defendant ALS Scan, Inc. from continuing to prosecute an action entitled ALS Scan, Inc. v. Global Innovations, Inc., et. al, USDC Maryland Case No. 03-cv-1028 (the "Maryland action"), it is hereby stipulated, by and between plaintiffs Global Innovations, Inc. and Ramsey Lamerson ("plaintiffs") and defendant ALS Scan, Inc., ("ALS") through their respective counsel of record, as follows:

1. The Motion for Preliminary Injunction ("plaintiff's motion") previously filed by plaintiffs and noticed for hearing on May 30, 2003, is hereby re-noticed for hearing to

August 1, 2003, with opposition and reply briefs to be filed, respectively, 21 and 14 days prior thereto as required by Local Rule 7-3;

2. ALS, plaintiffs, and their attorneys and agents, shall file no papers in the Maryland action or perform any other acts intended to advance the progress of the Maryland action with respect to any party to this stipulation, unless required to do so by the Maryland court;

3. Plaintiffs stipulating hereto acknowledge service of process as defendants in the Maryland action pursuant to the provisions of F.R.C.P. 4(d)(1), waiving no jurisdictional, substantive, or procedural defenses except as to defects in the form or service of the summons;

4. Plaintiffs herein shall have until twenty days after the adjudications noticed for August 1, 2003 to file responsive pleadings in the Maryland action if so required by the results of said adjudications;

5. ALS and Wayne Kirn may file motions in this action attacking the existence of personal jurisdiction and the propriety of venue as to ALS and/or Wayne Kirn in this action, which shall be consolidated for hearing with plaintiff's motion on August 1, 2003;

6. Plaintiffs waive no procedural or substantive defenses or rights of discovery with respect to the motions referred to in paragraph 5 above;

7. Plaintiffs may file a copy of this stipulation and order in the Maryland action in support of a request to extend their time to file a responsive pleading in the Maryland action;

8. Any other defendants in the Maryland action that desire to gain the benefits of this stipulation may do so by acknowledging service of process in the Maryland action on or before May 19, 2003.

Dated: May 9, 2003                    ONLINE MEDIA LAW, PLLC

By: _____s/Charles Carreon/s_____
CHARLES CARREON, CSB #127139
Attorney for Plaintiffs

STIPULATION RE-NOTICING HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND STAYING PROCEEDINGS IN SEPARATE ACTION; ORDER THEREON

Dated: May 9, 2003                    IDELL, BERMAN & SEITEL

By: _____s/Owen Seitel/s_____
OWEN SEITEL, CSB # 137365
Attorney for Defendants ALS Scan, Inc., Wayne Kirn, APIC World-wide, and Steve Easton.

3

STIPULATION RE-NOTICING HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND STAYING PROCEEDINGS IN SEPARATE ACTION; ORDER THEREON

## ORDER

Pursuant to the above stipulation, and good cause appearing therefore, IT IS SO ORDERED.

Dated: May ___, 2003

_____
UNITED STATES DISTRICT COURT JUDGE
Jeffrey S. White

STIPULATION RE-NOTICING HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND STAYING PROCEEDINGS IN SEPARATE ACTION; ORDER THEREON