## ALS Copyright Infringement Division

From: "Ramsey" <ramsey@globali.net>
To: <ALSCopyright@smart.net>
Subject: Re: Electronic Notice of ALS Scan Copyright
Date sent: Tue, 6 Mar 2001 00:04:24 -0500

The matter has been forwarded to the Sexblocks.com Legal Staff and the issue has been resolved. Thank you for your assistance in the matter. Please inform us of any further issues and they will be resolved immediately.

Sincerely,
Ramsey Lamerson
Global Innovations, Inc.
http://www.globali.net

----- Original Message -----
From: "Copyright Infringement Division" <ALSCopyright@smart.net>
To: <admin@globali.net>; <ramsey@globali.net>
Cc: <ALSlegal@smart.net>; <falcon@a-w.org>; <ALS@clark.net>
Sent: Monday, March 05, 2001 9:26 AM
Subject: Electronic Notice of ALS Scan Copyright


TO:   Ramsey Lamerson, Webmaster of Global Innovations, Inc.,
(Infringing Site):

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an agent authorized to act on behalf of the owner of certain intellectual property rights, said owner being named ALS SCAN, INC. ("IP Owner"). I have a good faith belief that the images listed below are not authorized by the above IP Owner, its agent, or the law and therefore infringe the IP Owner's rights according to state, federal, United States, and international law. Please act expeditiously to remove or disable access to the material claimed to be infringing.

Infringing Site:
http://teen.sexblocks.com/chromeslutz/hotpants/Hot-pants.html
http://teen.sexblocks.com/chromeslutz/4girl/4girl.html

Infringed Image:
http://teen.sexblocks.com/chromeslutz/hotpants/tn_als-s138r_jpg.jpg
http://teen.sexblocks.com/chromeslutz/hotpants/als-s138r.jpg
http://teen.sexblocks.com/chromeslutz/4girl/tn_4girl035_jpg.jpg
http://teen.sexblocks.com/chromeslutz/4girl/4girl035.jpg

It appears that there are many additional images that are ALS SCAN, INC. Federally Copyrighted property that are posted on this site.

Our ALS Scan models can be identified at:
http://www.alsscan.com/modlinf2.html

Our copyright information can be reviewed at:
http://www.alsscan.com/copyrite.html

This cease and desist letter is in compliance with the Digital Millennium Copyright Act ("DMCA") (17 U.S.C. §512(c)(3)).



EXHIBIT A

Be advised that the "ANTI-PIRACY ACT" makes it a federal crime to distribute copyrighted material via the Internet while the "FEDERAL LABELING AND RECORD-KEEPING LAW" (Title 18 USC 2257, 75 CFR 75) makes it a federal crime NOT to maintain, on file, proof of age for every model displayed.

ALS Scan, Inc. is committed to prosecuting offenders of its copyrights. Please see the recent Fourth Circuit opinion in ALS Scan v. RemarQ Communities found at:

http://pacer.ca4.uscourts.gov/opinion.pdf/001351.P.pdf

Sincerely,

/S/:

S. Kiwak
Copyright Infringement Division
ALS Scan, Inc.


*********** INFRINGING SITE INFORMATION*******************************

Registrant:
    Global Innovations, Inc.
    7313 Grove Road
    Suite D
    Frederick, MD 21704
    US

    Registrar: Dotster (http://www.dotster.com)
    Domain Name: SEXBLOCKS.COM
      Created on: 06-AUG-00
      Expires on: 06-AUG-03
      Last Updated on: 08-FEB-01

    Administrative Contact:
      , admin@globali.net
      Global Innovations, Inc.
      7313 Grove Road
      Suite D
      Frederick, MD 21704
      US
      3016686350, (Fax) 3016686252
    Technical Contact:
      , admin@globali.net
      Global Innovations, Inc.
      7313 Grove Road
      Suite D
      Frederick, MD 21704
      US
      3016686350, (Fax) 3016686252

    Domain servers in listed order:
      NS1.GLOBALI.NET
      NS1.PORNBUILDER.COM
      NS2.GLOBALI.NET

\*\*\*\*\*\*\*\*\*\*\*\*ISP INFORMATION\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

traceroute to sexblocks.com (207.91.110.47), 30 hops max, 40 byte packets
 1  als-verio-router.alsscan.com (199.245.28.1)  0.747 ms  0.683 ms  0.74 ms 2  fa-0-0-0.a00.bltmmd01.us.ra.verio.net (207.22.70.1)  149.278 ms  2.875 ms  20.277 ms 3  d3-0-1-0.a04.vinnva01.us.ra.verio.net (129.250.56.137)  2.345 ms  3.834 ms  3.243 ms 4  fa-0-0.a07.vinnva01.us.ra.verio.net (129.250.31.169)  2.755 ms  6.951 ms  3.421 ms 5  d3-3-0-0.a00.frdrmd01.us.ra.verio.net (129.250.56.129)  6.202 ms  5.698 ms  5.775 ms 6  \* \* \*
ò
s3:~> whois 207.91.110.47@arin.net
[arin.net]
Verio, Inc. (NETBLK-VERIO-)
   8005 South Chester Street
   Englewood, CO 80112
   US

   Netname: VERIO-4
   Netblock: 207.91.64.0 - 207.91.127.255
   Maintainer: VRIO

   Coordinator:
      Verio, Inc.  (VIA4-ORG-ARIN)  vipar@verio.net
      303.645.1900

   Domain System inverse mapping provided by:

   NS0.VERIO.NET          129.250.15.61
   NS1.VERIO.NET          204.91.99.140
   NS2.VERIO.NET          129.250.31.190

Attachments:
  T:\Personal\Jon\kiwsig.jpg
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ALS Scan, Inc.
Copyright Infringement Division
P.O Box 6541
Columbia, MD  21045
fax: 410/531-6449
web: http://www.alsscan.com

Please include previous messages in all replies.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


--------------------------------------------------------------------------
-- ----


> The following section of this message contains a file attachment
> prepared for transmission using the Internet MIME message format.
> If you are using Pegasus Mail, or any another MIME-compliant system, you
> should be able to save it or view it from within your mailer. If you
> cannot, please ask your system administrator for assistance.
>
>    ---- File information -----------
>      File:  kiwsig.jpg
>      Date:  13 Feb 2001, 13:18
>      Size:  8698 bytes.

## ALS Copyright Infringement Division

From:          "Support" <support@sexblocks.com>
To:            <ALSCopyright@smart.net>
Subject:      Re: Electronic Notice of ALS Scan Copyright
Date sent:   Tue, 6 Mar 2001 00:00:08 -0500

Sexblocks is a free webhosting company.

As per your request, the account of users (and former URLs):
http://teen.sexblocks.com/chromeslutz/hotpants/Hot-pants.html
http://teen.sexblocks.com/chromeslutz/4girl/4girl.html

This user and URLs have been deleted from Sexblocks servers, in compliance with Sexblocks Terms and Conditons and the Digital Millennium Copyright Act . Please refer to our terms and conditions for further information on our policies http://www.sexblocks.com/termsandconditions.html. Also see http://www.sexblocks.com/policies.html for all policies, including Copyright Infringement issues. It is only with the support and assistance of companies such as yourself, that we can help protect the Digital Millennium Copyright Act. Thank you for your assistance and please notify us promptly with any further violations or problems that may arise.

Regards,
Sex Blocks Support

----- Original Message -----
From: "Copyright Infringement Division" <ALSCopyright@smart.net>
To: <admin@globali.net>; <ramsey@globali.net>
Cc: <ALSlegal@smart.net>; <falcon@a-w.org>; <ALS@clark.net>
Sent: Monday, March 05, 2001 9:26 AM
Subject: Electronic Notice of ALS Scan Copyright


TO:    Ramsey Lamerson, Webmaster of Global Innovations, Inc.,
(Infringing Site):

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an agent authorized to act on behalf of the owner of certain intellectual property rights, said owner being named ALS SCAN, INC. ("IP Owner"). I have a good faith belief that the images listed below are not authorized by the above IP Owner, its agent, or the law and therefore infringe the IP Owner's rights according to state, federal, United States, and international law. Please act expeditiously to remove or disable access to the material claimed to be infringing.

Infringing Site:
http://teen.sexblocks.com/chromeslutz/hotpants/Hot-pants.html
http://teen.sexblocks.com/chromeslutz/4girl/4girl.html

Infringed Image:
http://teen.sexblocks.com/chromeslutz/hotpants/tn_als-s138r_jpg.jpg
http://teen.sexblocks.com/chromeslutz/hotpants/als-s138r.jpg
http://teen.sexblocks.com/chromeslutz/4girl/tn_4girl035_jpg.jpg
http://teen.sexblocks.com/chromeslutz/4girl/4girl035.jpg

It appears that there are many additional images that are ALS SCAN, INC. Federally Copyrighted property that are posted on this site.

Our ALS Scan models can be identified at:
http://www.alsscan.com/modlinf2.html

Our copyright information can be reviewed at:
http://www.alsscan.com/copyrite.html

This cease and desist letter is in compliance with the Digital Millennium Copyright Act ("DMCA") (17 U.S.C. §512(c)(3)).

Be advised that the "ANTI-PIRACY ACT" makes it a federal crime to distribute copyrighted material via the Internet while the "FEDERAL LABELING AND RECORD-KEEPING LAW" (Title 18 USC 2257, 75 CFR 75) makes it a federal crime NOT to maintain, on file, proof of age for every model displayed.

ALS Scan, Inc. is committed to prosecuting offenders of its copyrights. Please see the recent Fourth Circuit opinion in ALS Scan v. RemarQ Communities found at:

http://pacer.ca4.uscourts.gov/opinion.pdf/001351.P.pdf


Sincerely,

/S/:

S. Kiwak
Copyright Infringement Division
ALS Scan, Inc.



*********** INFRINGING SITE INFORMATION******************************

Registrant:
    Global Innovations, Inc.
    7313 Grove Road
    Suite D
    Frederick, MD 21704
    US

    Registrar: Dotster (http://www.dotster.com)
    Domain Name: SEXBLOCKS.COM
      Created on: 06-AUG-00
      Expires on: 06-AUG-03
      Last Updated on: 08-FEB-01

    Administrative Contact:
     ,   admin@globali.net
    Global Innovations, Inc.
    7313 Grove Road
    Suite D
    Frederick, MD 21704
    US
    3016686350, (Fax) 3016686252
    Technical Contact:
     ,   admin@globali.net
    Global Innovations, Inc.
    7313 Grove Road
    Suite D

```
        Frederick, MD 21704
        US
        3016686350, (Fax) 3016686252

     Domain servers in listed order:
        NS1.GLOBALI.NET
        NS1.PORNBUILDER.COM
        NS2.GLOBALI.NET
```

\*\*\*\*\*\*\*\*\*\*\*\*ISP INFORMATION\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

traceroute to sexblocks.com (207.91.110.47), 30 hops max, 40 byte packets
 1  als-verio-router.alsscan.com (199.245.28.1)  0.747 ms  0.683 ms  0.74 ms  2  fa-0-0-0.a00.bltmmd01.us.ra.verio.net (207.22.70.1)  149.278 ms  2.875 ms  20.277 ms  3  d3-0-1-0.a04.vinnva01.us.ra.verio.net (129.250.56.137)  2.345 ms  3.834 ms  3.243 ms  4  fa-0-0.a07.vinnva01.us.ra.verio.net (129.250.31.169)  2.755 ms  6.951 ms  3.421 ms  5  d3-3-0-0.a00.frdrmd01.us.ra.verio.net (129.250.56.129)  6.202 ms  5.698 ms  5.775 ms  6  \* \* \*
ò
s3:~> whois 207.91.110.47@arin.net
[arin.net]
Verio, Inc. (NETBLK-VERIO-)
   8005 South Chester Street
   Englewood, CO 80112
   US

   Netname: VERIO-4
   Netblock: 207.91.64.0 - 207.91.127.255
   Maintainer: VRIO

   Coordinator:
      Verio, Inc.  (VIA4-ORG-ARIN)  vipar@verio.net
      303.645.1900

   Domain System inverse mapping provided by:

   NS0.VERIO.NET          129.250.15.61
   NS1.VERIO.NET          204.91.99.140
   NS2.VERIO.NET          129.250.31.190

Attachments:
  T:\Personal\Jon\kiwsig.jpg
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ALS Scan, Inc.
Copyright Infringement Division
P.O Box 6541
Columbia, MD  21045
fax: 410/531-6449
web: http://www.alsscan.com

Please include previous messages in all replies.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

------------------------------------------------------------------------
-- ----

> The following section of this message contains a file attachment

```
> prepared for transmission using the Internet MIME message format.
> If you are using Pegasus Mail, or any another MIME-compliant system, you
> should be able to save it or view it from within your mailer. If you
> cannot, please ask your system administrator for assistance.
>
>    ---- File information -----------
>    File:  kiwsig.jpg
>    Date:  13 Feb 2001, 13:18
>    Size:  8698 bytes.
>    Type:  JPEG-image
>
```