```
 1  OWEN SEITEL (SBN 137365)
    RICHARD J. IDELL (SBN 069033)
 2  IDELL, BERMAN & SEITEL
    465 California Street, Suite 300
 3  San Francisco, CA 94104
 4  Telephone: (415) 986-2400
    Facsimile: (415) 392-9259
 5
 6  Attorneys for Defendants
    ALS SCAN, INC., ALEX KIRN,
 7  APIC WORLD-WIDE, INC. and
    STEVE EASTON
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL INNOVATIONS, INC., a Maryland corporation, and RAMSEY LAMERSON, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>ALS Scan, Inc., a Maryland corporation, WAYNE KIRN, an individual, APIC WORLD-WIDE, INC., a Florida corporation and STEVE EASTON, an individual,<br><br>        Defendants. | Case No.: C03-1277 JSW<br><br>**DECLARATION OF AMY LAPERLE IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (FRCP 12(b)(2)); OR IN THE ALTERNATIVE TO DISMISS PURSUANT TO THE COURT'S DISCRETION UNDER 28 U.S.C. §2201; OR IN THE ALTERNATIVE TO TRANSFER FOR CONVENIENCE (28 USC §1404(a))**<br><br>Date: August 1, 2003<br>Time: 9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Honorable Judge Jeffrey S. White presiding |

I, Amy LaPerle, do state as follows under penalty of perjury:

1.    I am over the age of eighteen years and am competent and authorized to make this declaration; which I make voluntarily and freely based on my own personal knowledge of all matters stated herein. . I have personal knowledge of all matters stated herein and if called as a witness, I could testify competently regarding the matters stated.

1

DECLARATION OF SARAH KIWAK IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (FRCP 12(b)(2)); OR IN THE ALTERNATIVE TO DISMISS PURSUANT TO THE COURT'S DISCRETION UNDER 28 U.S.C. §2201; OR IN THE ALTERNATIVE TO TRANSFER FOR CONVENIENCE (28 USC §1404(a))

Case No. C03-1277 JSW

2.  I am an employee of ALS SCAN, INC. ("ALS"), in Columbia, Maryland and have been so employed since 2001. I am the employee at ALS who is responsible for obtaining and protecting the copyrights held by ALS.

3.  ALS currently holds over 100 Certificates of Registration that have been issued by the United States Copyright Office, all of which are located in my office in Columbia, Maryland.

4.  When it is brought to my attention that one or more of ALS's copyrighted images are being displayed on a website not authorized by ALS, I am responsible for sending a cease and desist notice to both the webmaster and the Internet Service Provide ("ISP") on whose system the website resides.

5.  Between December 2002 and March 2003, I sent approximately twelve cease and desist notices to Ramsey Lamerson by way of either his legal@cleandrive.net e-mail address or his legal@globali.net e-mail address or both.

6.  I have personally documented hundreds of ALS's copyrights that were being displayed on websites that Global Innovations, Inc. hosted. The images were free to view – I did not need a password to gain access to any of the Web sites. These documents are retained in the ALS offices in Columbia, Maryland.

7.  I have not been to the state of California while employed at ALS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2003.

Amy LaPerle

2

DECLARATION OF SARAH KIWAK IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (FRCP 12(b)(2)); OR IN THE ALTERNATIVE TO DISMISS PURSUANT TO THE COURT'S DISCRETION UNDER 28 U.S.C. §2201; OR IN THE ALTERNATIVE TO TRANSFER FOR CONVENIENCE (28 USC §1404(a))

Case No. C03-1277 JSW