

**CHARLES CARREÓN**

**ATTORNEY AT LAW**

February 20, 2003

<u>Via Fax: (301) 920-0286</u>
<u>Via Certified Mail</u>
Robert L. Lombardo
Attorney at Law
300 Dale Drive
Silver Spring, MD  20910

Re:  <u>Global Innovations, Inc., adv. ALS Scan, Inc.</u>

Dear Mr. Lombardo:

Thank you for returning my call Tuesday, although I must admit I was disappointed to learn that from your client's point of view, "the die has been cast." While my client is of course prepared to defend a copyright action on the basis of its status as an ISP operating within the safe harbor provided by the DMCA, on the other hand, he has not had the benefit of my legal analysis yet, nor has he heard the full extent of your allegations.

As you mentioned to me candidly, there are matters that you do not intend to reveal except in court documents. While I understand the strategic value of surprising my client with unexpected allegations, until they are disclosed, I cannot advise him as to the merits of your intended action. Accordingly, I would respectfully request that you reconsider this position in the interests of avoiding a court battle that might be unnecessary.

I am a firm believer in the value of negotiated settlements, particularly when both parties approach them in good faith. In order to start sincere negotiations, I would suggest that we set a timetable for a series of discussions, with a definite cutoff date if they are proving unproductive. I will add that I do not think negotiations will prove unproductive.

Should you believe that such negotiations can better be conducted after the filing of a complaint, so be it; however, I would offer at this time to accept service of the summons and complaint pursuant to F.R.C.P. 12(a)(1), so that we will not be forced into



1131  BARRINGTON  CIRCLE
ASHLAND,  OREGON  97520
PH    541    482    2321
FX    541    482    4683
EM  CCLAWYER@HOME.COM



**EXHIBIT A**

a short timeline for response, and can devote some time to trying to get this matter resolved. I look forward to speaking with you soon. I will be in San Francisco Thursday afternoon and Friday, so please call me at my cell phone, 541-840-2798, so we can discuss my proposal.

Very truly yours,

Charles Carreon
Attorney for Global Innovations, Inc.