

**CHARLES CARREÓN**

ATTORNEY AT LAW

March 11, 2003

<u>Via Fax: (301) 920-0286</u>
<u>Via Certified Mail</u>
Robert L. Lombardo
Attorney at Law
300 Dale Drive
Silver Spring, MD 20910

Re: <u>Global Innovations, Inc., adv. ALS Scan, Inc.</u>

Dear Mr. Lombardo:

Thank you for returning my call Monday, and for extending the courtesy of accepting me as the agent for service of process both as to Global Innovations, Inc., and Ramsey Lamerson. I am finalizing arrangements with local counsel, and will provide you with their contact information in the next day or two. I understand you intend to file the action in Baltimore, which has e-filing requirements. Thanks for your courtesy.

Very truly yours,

Charles Carreon

cc: Ramsey Lamerson

**EXHIBIT B**

1131 BARRINGTON CIRCLE
ASHLAND, OREGON 97520
PH  541  482  2321
FX  541  482  4683