IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL INNOVATIONS, INC., | No. C 03-01277 JSW |
| Plaintiff, | **ORDER GRANTING DISMISSAL** |
| v. | |
| ALS SCAN INC., et al., | |
| Defendants. | |

For the reasons stated in the record, Defendants ALS Scan, Inc. and Alex Kirn's motion to dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) is GRANTED. Pursuant to 28 U.S.C. Section 2201, the Court will not exercise discretion to entertain the declaratory relief action against all defendants. Therefore, the case is dismissed as against all defendants. Global Innovations' motion to enjoin the prosecution of the Maryland action as a compulsory counterclaim is DENIED.

**IT IS SO ORDERED**.

Dated: August 1, 2003 /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE